to determine whether appellant's failure to take a timely appeal resulted from an unconstitutional deprivation of the assistance of counsel.

## Commonwealth *v.* Howard, Appellant.

Argued April 11, 1966.

*Henry J. Albaugh,* with him *Neish and Albaugh,* for appellant; *Robert J. Masters,* District Attorney, for Commonwealth, appellee.

Order and sentence affirmed.

## Commonwealth *v.* Wasserman, Appellant.

Argued April 14, 1966. *Allen N. Brunwasser,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

HOFFMAN, J., dissented.

WATKINS, J., absent.